IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03223-WJM-KLM

JOSEPHINE YOUNG,

    Plaintiff,

v.

REGIONAL ADJUSTMENT BUREAU, INC., a Texas business and Does 1-10, inclusive,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Withdraw Request for Default Judgment** [Docket No. 15; Filed April 12, 2013] (the "Motion"). In her Motion, Plaintiff explains that a business with the same name as Defendant was inadvertently served in this matter. *Motion* [#15] at 1. Plaintiff requests that the Clerk's Entry of Default [#14] be withdrawn so Plaintiff can serve Defendant. *Motion* [#15] at 1.

    Pursuant to Fed. R. Civ. P. 55(c), the Court "may set aside an entry of default for good cause." Fed. R. Civ. P. 55(c). The Court finds that Plaintiff's inadvertent service on an incorrect party whose name is identical to the Defendant's name meets this standard. *See Zen & Art of Clients Server Computing, Inc. v. Res. Support Assocs., Inc.*, Civil No. 06-cv-00239-REB-MEH, 2006 WL 1883173, at *2 (D. Colo. July 7, 2006) ("The good cause standard is fairly liberal because the preferred disposition of any case is upon its merits and not by default judgment." (quotation and citation omitted). Accordingly,

    IT IS HEREBY **ORDERED** that the Entry of Default [#14] entered on April 4, 2013 is **SET ASIDE**.

    IT IS FURTHER **ORDERED** that Plaintiff shall serve Defendant on or before **May 15, 2013**.

    Dated: April 15, 2013